IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Walter LaGrone, as Special Administrator for the Estate of Larnester Hull, Deceased,, | ) ) ) ) |
| *Plaintiff,* | ) ) |
| -vs- | ) No. 09 CV 6479 ) |
| City of Chicago, Charles Daly, #1454 | ) *(Judge Norgle)* ) ) |
| *Defendant.* | ) ) |

## STIPULATION OF DISMISSAL

It is stipulated that this action may be dismissed with prejudice and without costs.

/s/ <u>Kenneth N. Flaxman</u>
Kenneth N. Flaxman
200 S Michigan Ave, Ste 1240
Chicago, IL 60604
*an attorney for plaintiffs*

/s/ <u>Josh M. Engquist</u> (with consent)
Josh M. Engquist
Special Litigation Counsel
30 N LaSalle St, Ste 900
Chicago, IL 60602
*an attorney for defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Josn M. Engquist, Special Litigation Cnsl, 30 N LaSalle St, Ste 9000, Chicago, IL 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman

_____
Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)